**Order entered May 9, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00173-CV

### HICKS ACQUISITION COMPANY II INC., Appellant

### V.

### R.R. DONNELLEY & SONS COMPANY, Appellee

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-03679-CV**

## ORDER

On April 7, 2014, we abated this appeal to allow the parties an opportunity to finalize settlement documents. The appeal was to be reinstated May 12, 2014 or upon the parties' filing of a status report or motion to dismiss. Because the parties have filed a joint status report, we **REINSTATE** the appeal.

In the status report, the parties inform us they have exchanged settlement papers but need an additional thirty days to finalize the settlement. We **GRANT** the parties' request to continue the stay and again **ABATE** the appeal. The appeal shall be reinstated June 12, 2014 or upon the filing of a motion to dismiss, whichever occurs earlier. No further stays will be granted absent exigent circumstances.

/s/ ELIZABETH LANG-MIERS
   JUSTICE